FILED IN
COURT OF CRIMINAL APPEALS

March 13, 2015

ABEL ACOSTA, CLERK

PD-1501-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/12/2015 2:55:33 PM
Accepted 3/13/2015 9:03:09 AM
ABEL ACOSTA
CLERK

NO.     PD-1501-14

## IN THE TEXAS COURT OF CRIMINAL APPEALS

---

# ROBERT WILLIAM CORNWELL
*Appellant*

**v.**

# THE STATE OF TEXAS
*Appellee*

---

FROM THE NINTH COURT OF APPEALS
CAUSE NO. 09-13-00203-CR

ON APPEAL FROM THE 435TH JUDICIAL DISTRICT COURT
MONTGOMERY COUNTY, TEXAS
TRIAL COURT NO.  12-08-08579-CR
THE HONORABLE MICHAEL T. SEILVER PRESIDING

---

## MOTION FOR EXTENSION OF TIME TO FILE
## APPELLANT'S BRIEF ON PETITION FOR DISCRETIONARY REVIEW

---

BRUCE ANTON
State Bar No. 01274700
ba@sualaw.com

SORRELS, UDASHEN & ANTON
2311 Cedar Springs, Suite 250
Dallas, Texas 75201
(214) 468-8100 (office)
(214) 468-8104 (fax)

1

COMES NOW, ROBERT W. CORNWELL, Appellant herein, and moves this court to issue an extension of time to file his appellant's brief on petition for discretionary review, and in support thereof would show the court as follows:

I.

The opinion of the Ninth Court of Appeals in cause no. 09-13-00203-CR, affirming the conviction, was rendered on October 8, 2014. Appellant's Petition for Discretionary Review was granted on February 11, 2015.

II.

The number and style of the case in the District Court is No. 12-08-08579-CR, *State of Texas v. Robert William Cornwell.*

III.

Appellant was convicted of impersonating a public servant and sentenced to two years' imprisonment.

IV.

The present deadline for filing appellant's brief is March 13, 2015.

V.

No extensions of time to file the brief were previously requested.

VI.

The reason for this request is that during the last few weeks counsel has been working on the following:

1. Petition for Discretionary Review in *Katrina Martinez-Hernandez v. State of Texas,* in the Court of Criminal Appeals.

2. Appellant's Brief in *Tommy Vincent Jetton v. State of Texas*, case no. 11-14-00264-CR in the Eleventh Court of Appeals of Texas.

3. Objections to the Report and Recommendation of the United States Magistrate Judge in *James Leslie Kesman v. State of Texas*, case no. 1:11-CV-504 in the United States District Court for the Eastern District of Texas, Beaumont Division.

WHEREFORE, PREMISES CONSIDERED, Appellant requests this court to grant an extension of time to file his brief until April 11, 2015.

RESPECTFULLY SUBMITTED,


  /s/ Bruce Anton
**BRUCE ANTON**
Texas State Bar No. 01274700

SORRELS, UDASHEN & ANTON
2311 Cedar Springs #250
Dallas, Texas 75201
(214) 468-8100
(214) 468-8104 (fax)
ba@sualaw.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above entitled motion for extension of time to file brief was delivered via regular mail to the District Attorney's Office of Montgomery County, 207 W. Phillips, 2nd Floor, Conroe, Texas 77301 and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this 12th day of March, 2015.

/s/ Bruce Anton
BRUCE ANTON

**MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF ON PETITION FOR DISCRETIONARY REVIEW - PAGE 4**